**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BRIAN E. MAHONEY, *as personal representative for the* ESTATE OF SHEENA GRANDPRE,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF THE DEPARTMENT OF CHILDREN AND FAMILIES, et al.,<br><br>Defendants. | Civil Action No. 26-CV-13314-AK |

**ORDER**

**KELLEY, D.J.**

Brian E. Mahoney, who states that he is proceeding as the personal representative of the Estate of Sheena GrandPre ("Estate") has filed a civil complaint concerning the removal of GrandPre's minor children from her custody by the Commonwealth's Department of Children and Families in 2024 and subsequent events. According to the Complaint, GrandPre passed away on June 24, 2026. [Dkt. 1 at ¶ 33].

The Court will dismiss this action without prejudice. The Local Rules of this Court state that an "estate, or other entity that is not an individual may not appear *pro se*," and "[t]he court may strike any pleading filed on behalf of any entity that purports to appear *pro se*." Local Rule 83.5.5(c) (D. Mass.). Mahoney does not represent that he is a licensed attorney.

In addition, Mahoney does not show that he is authorized under Massachusetts law to serve as the "personal representative" of the Estate. The Court takes judicial notice that, on September 10, 2026, the state Superior Court found that Mahoney "is not the Personal

Representative of [GrandPre]'s estate and therefore has no authority to file pleadings on behalf of [GrandPre] or her estate." See Grandpre v. Dep't of Child. & Fams., 2584-CV 01316 [Dkt. 26] (Suffolk Cnty. Super. Ct. Sept. 10, 2026).[1]

Accordingly, this action is **DISMISSED** without prejudice. The motion for leave to proceed *in forma pauperis* [Dkt.2] shall be terminated at moot.

**SO ORDERED.**

Dated: November 18, 2026

/s/ Angel Kelley
Hon. Angel Kelley
United States District Judge

.

[1] The docket of this case is available through www.masscourts.org (last visited Nov. 17, 2026).